UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. CR06-0035-RSM-JPD |
| Plaintiff, ) | |
| ) | |
| v. ) | SUMMARY REPORT OF U.S. |
| ) | MAGISTRATE JUDGE AS TO |
| GREGORY BROWN, ) | ALLEGED VIOLATIONS |
| ) | OF SUPERVISED RELEASE |
| Defendant. ) | |
| _____ ) | |

An initial hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on November 9, 2006. The United States was represented by Assistant United States Attorney Mr. Jeff Sullivan, and the defendant by Ms. Nancy Tenney. The proceedings were recorded on cassette tape.

The defendant had been charged and convicted of Conspiracy to Possess With Intent to Distribute Methamphetamine in violation of 21 U.S.C. § 841(b)(1)(A), and on or about September 24, 1998, was sentenced in the District of New Mexico to 121 months in custody, to be followed by five (5) years of supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, substance-abuse treatment participation and no possession of firearms.

On January 20, 2006, jurisdiction of this case was transferred from the District of New Mexico and accepted in the Western District of Washington on February 2, 2006.

In a Petition for Warrant or Summons dated October 23, 2006, and a Violation Report

and Request for Warrant dated October 24, 2006, U.S. Probation Officer Joe Mendez alleged the following violations by defendant of the conditions of his supervised release:

(1) Using marijuana on or before November 28, 2005, in violation of standard condition number 7.

(2) Failing to submit to drug testing on April 11, 2006, May 18, 2006, June 18, 2006, July 24, 2006, August 15, 2006, and September 15, 2006, in violation of special condition number 1.

(3) Failing to submit monthly reports within the first five days of every month for the months of April, May, June, July, August, and September 2006, in violation of standard condition number 2.

The defendant was advised of the allegations and of his rights, admitted to the allegations, and waived any rights to an evidentiary hearing as to whether the violations occurred.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of his supervised release as to violations 1, 2, and 3, and that the Court conduct a hearing limited to disposition. A disposition hearing has been set before the Honorable Ricardo S. Martinez on November 17, 2006, at 10:30 a.m.

Pending a final determination by the Court, the defendant has been released to a half-way house, subject to continued supervision and the conditions imposed.

DATED this 13th day of November, 2006.

*James P. Donohue*
_____
JAMES P. DONOHUE
United States Magistrate Judge

cc:  District Judge:           Honorable Ricardo S. Martinez
     AUSA:                     Mr. Jeff Sullivan
     Defendant's attorney:     Ms. Nancy Tenney
     Probation officer:        Mr. Joe Mendez

REPORT AND RECOMMENDATION OF
U.S. MAGISTRATE JUDGE AS TO ALLEGED
VIOLATIONS OF SUPERVISED RELEASE
PAGE 2