UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GREGORY BROWN,<br><br>Defendant. | CASE NO. CR06-35 RSM<br><br>SUMMARY REPORT OF U.S.<br>MAGISTRATE JUDGE<br>AS TO ALLEGED VIOLATIONS<br>OF SUPERVISED RELEASE |

## INTRODUCTION

I conducted a hearing on alleged violations of supervised release in this case on January 5, 2006. The United States was represented by Annette Hayes for Jeffrey Sullivan. The defendant was represented by Paula Deutsch.

## CONVICTION AND SENTENCE

Defendant had been convicted of Conspiracy to Possess with Intent to Distribute Methamphetamine on or about September 24, 1998 in the District of New Mexico. The defendant was sentenced to 121 months of confinement, followed by five years of supervised release. Jurisdiction of his case was transferred from the District of New Mexico on February 2, 2006 and assigned to the Hon. Ricardo S. Martinez.

The defendant began his initial term of supervised release on August 22, 2005. The conditions of supervised release included requirements that defendant comply with the standard 13

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1-

conditions. Two previous violation reports were submitted to the court between April and October, 2006 by the U.S. Probation office.

### DEFENDANT'S ADMISSION

USPO Mark Lorenzen for Christopher Luscher alleged that Defendant violated the conditions of supervised release in one respect:

(1) Failing to reside in and satisfactorily participate in a residential reentry program, on or about December 8, 2006, in violation of special condition requiring that he reside in a residential reentry center as a condition of supervised release for a period of up to 180 days.

I advised the defendant of these charges and of his constitutional rights. Defendant admitted the violation, waived any hearing as to whether it occurred, and stipulated to detention. The matter will be set for a disposition hearing before the Hon. Ricardo S. Martinez at a future date.

### RECOMMENDED FINDINGS AND CONCLUSIONS

Based upon the foregoing, I recommend the court find that Defendant has violated the conditions of his supervised release as alleged and set the matter for a disposition hearing. Defendant has been detained pending a final determination by the court.

DATED this 8th day of January, 2007.

MONICA J. BENTON
United States Magistrate Judge

cc: Sentencing Judge        : Hon. Ricardo S. Martinez
    Assistant U.S. Attorney : Jeffrey Sullivan
    Defense Attorney        : Paula Deutsch
    U. S. Probation Officer : Chris Luscher

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -2-